UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA GOLDEN,<br><br>                              Appellant,<br><br>v.<br><br>RICHARD KIPPERMAN, JEFFREY ROGERS,<br><br>                              Appellees. | Case No.:  19-CV-2178 TWR (NLS)<br><br>**ORDER DENYING AS MOOT APPELLANT'S MOTION TO RECONSIDER ORDER DENYING MOTION TO RECUSE JUDGE DANA SABRAW**<br><br>(ECF No. 20) |

Presently before the Court is Appellant Lisa Golden's Motion to Reconsider Order Denying Motion to Recuse Judge Dana Sabraw ("Mot.," ECF No. 20).   In light of the transfer of this action to the undersigned, (*see* ECF No. 26), the Court **DENIES AS MOOT** Appellant's Motion.

**IT IS SO ORDERED.**

Dated:  October 8, 2020

Honorable Todd W. Robinson
United States District Court